IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REVELLE TAPP, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-04-559-T |
| | ) |
| ELKVIEW GENERAL HOSPITAL, a public trust, and DELORES GAUNTT, an individual, | ) ) |
| | ) |
| Defendants. | ) |

## ORDER

On May 5, 2005, Defendant Elkview General Hospital filed a motion to compel and, alternatively, a motion to dismiss. (Doc. No. 30.) On May 23, 2005, in response to a show cause order, Plaintiff's counsel requested that Plaintiff's claims against the defendants be dismissed without prejudice. On May 26, 2005, Plaintiff, through counsel, notified the Court that rather than being ordered to pay a portion of Defendants' attorneys fees and costs, Plaintiff elected to have her claims dismissed with prejudice.

Therefore, pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff's claims against Defendant Elkview General Hospital and Defendant Gauntt are DISMISSED WITH PREJUDICE. Plaintiff and Defendants Elkview and Gauntt shall bear their own fees and costs.

IT IS SO ORDERED this 27th day of May, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE